UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

Case No. 1:21-cr-690-RCL

PHILIP SEAN GRILLO,

*Defendant.*

**VERDICT FORM**

**COUNT ONE**: Obstruction of an Official Proceeding:

___X___  _____
Guilty    Not Guilty

**COUNT TWO**: Entering or Remaining in a Restricted Building or Grounds:

___X___  _____
Guilty    Not Guilty

**COUNT THREE**: Disorderly or Disruptive Conduct in a Restricted Building or Grounds

___X___  _____
Guilty    Not Guilty

**COUNT FOUR**: Disorderly Conduct in a Capitol Building

___X___  _____
Guilty    Not Guilty

**COUNT FIVE**: Parading, Demonstrating, or Picketing in a Capitol Building

___X___  _____
Guilty    Not Guilty

Date: __12/5/23__        Jury Foreperson: