NOTICE OF APPEAL
UNITED STATES DISTRICT COURT
District of Columbia

_____

**UNITED STATES OF AMERICA**                    Docket Number: **21-cr-690 (RCL)**

        -v-                                     District Court Judge: **Honorable Royce C. Lamberth**

**Philip Sean Grillo**
                **Defendant.**
_____

**Notice is hereby given that Philip Sean Grillo appeals to the United States Court of Appeals for the District of Columbia from the:**

☒     Judgement
☐     Order
☐     Other: _____       entered in this action on     **12/6/2024**

**Offense occurred after November 1, 1987:** ☒ Yes        **The appeal concerns:**   ☐ Conviction Only
                                            ☐ No                                      ☐ Sentence Only
                                                                                      ☒ Conviction and Sentence

**DATE:     December 16, 2024**

 TO:   AUSA Eli Joseph Ross, Esq.            BARRY D. LEIWANT, ESQ.
                                             **Counsel for Appellant**
 FROM:  Philip Sean Grillo                   FEDERAL DEFENDERS OF NEW YORK, INC.
        Reg. No. 83880-053                   52 Duane Street - 10th Floor
                                             New York, NY 10007
        Charles V. Millioen, Esq.            (212) 417-8700
        *Of Counsel*

_____

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ►QUESTIONNAIRE | ►TRANSCRIPT ORDER ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPTS IS REQUIRED (INCLUDE DATE). |
| ☒ I am ordering a transcript<br>☐ I am not ordering a transcript<br>REASON:<br>☐ Daily copy is available<br>☐ U. S. Attorney has placed order<br>☐ Other: (Attach explanation) | ☐ Pre-trial Proceedings:<br><br>☐ Trial:<br><br>☒ Sentencing Hearing: 12/6/2024<br><br>☐ Post-trial proceedings: |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b))  ► Method of payment  ☐ Funds   ☐ CJA Form 24   ☒ Federal Defenders of New York, Inc.

| Attorney's Signature:<br>*Charles V. Millioen/bp* | Date:   December 16, 2024 |
|---|---|

►COURT REPORTER ACKNOWLEDGMENT-To be completed by Court Reporter and forward to Court of Appeals.

| Date order received: | Estimated Completion Date: | Estimated # of Pages: |
|---|---|---|
| | | |

Date _____       Signature_____
                                                    (Court Reporter)